| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:18CR01039-001SWS |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 22-cr-00293-WJM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT NEW MEXICO | DIVISION |
|---|---|---|
| DIEGO ADAME-VILLALOBOS | NAME OF SENTENCING JUDGE Honorable Scott W. Skavdahl, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/21/2018 | TO 09/20/2022 |

OFFENSE

REENTRY OF A REMOVED ALIEN, 8 U.S.C. SEC 1326(a) and (b)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEW MEXICO

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the DISTRICT OF COLORADO upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/15/2022
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ COLORADO

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/21/2022
Effective Date

*United States District Judge*