PROB 12C - (Rev. D/NM-8/2014)            4573553

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Diego Adame-Villalobos |
| Docket Number: | 1084 2:18CR01039 -001 |
| Assigned Judge: | Honorable Scott W. Skavdahl, Chief United States District Judge |
| Date of Original Sentence: | 06/19/2018 |
| Original Offense: | 8 U.S.C. 1326(a)(1) and (2): Re-entry of a Removed Alien |
| Original Sentence: | BOP: 10 months; TSR: 3 years unsupervised |
| Date Supervision Commenced: | 12/21/2018 |
| Date Supervision Expires: | 12/20/2021 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Rachel Loya-Hobbs, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| MC | You must not commit another federal, state, or local crime. |
| | On February 28, 2020, the defendant was arrested by the Castle Rock Police Department and charged with Possession of a Controlled Substance (Cocaine) (misdemeanor) and Introducing Contraband (4th degree felony). According to the Statement of Probable Cause, Castle Rock Police Department conducted a traffic stop and positively identified the defendant as the driver of the vehicle. During the traffic stop it was revealed the defendant was operating a motor vehicle without valid registration and insurance. It was also revealed the defendant's driver's status was revoked. The defendant was subsequently arrested and transported to the Douglas County Detention Center in Castle Rock, Colorado. While being booked into the Douglas County Detention Center, a Ziplock bag containing a white powdery substance was located inside one of the defendant's socks. The defendant admitted the substance was Cocaine. This case is currently pending in the Douglas Combined Courts in Castle Rock, Colorado, Case No.: D-018-2020-CR-000270. |
| MC | You must not unlawfully possess a controlled substance. |
| | On February 28, 2020, the defendant was arrested by the Castle Rock Police Department and charged with Possession of a Controlled Substance (Cocaine) (misdemeanor) and Introducing Contraband (4th degree felony). According to the Statement of Probable Cause, while being booked into the Douglas County Detention Center, a Ziplock bag containing a white powdery substance was located inside one of the defendant's socks. The defendant later admitted the substance was Cocaine. |

This case is currently pending in the Douglas Combined Courts in Castle Rock, Colorado, Case No.: D-018-2020-CR-000270.

The maximum statutory penalty:  2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  8 to 14 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 09/27/2021.

| Submitted: | Approved: | ☒ Phone Approval |
|---|---|---|
| *signature* | | |
| Rachel Loya-Hobbs | Christopher McNare | |
| U.S. Probation Officer | (575) 520-5580 | |
| Cell #: (505) 366-3583 | Assistant U.S. Attorney | |

Date: 09/27/2021