AO 442 (Rev. 08/14) Arrest Warrant

93336632

U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 JAN 19 AM 9: 41

CLERK-LAS CRUCES

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

RECEIVED
U.S. MARSHALS SERVICE

2021 SEP 28 PM 2: 50

LAS CRUCES, NEW MEXICO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1084 2:18CR01039- 001SWS |
| Diego Adame-Villalobos | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Diego  Adame-Villalobos

Also Known As: Villalobos-Adame, Diego Iram
Also Known As: Villalobos, Diego
Also Known As: Gonzalez-Encinas, Martin
Also Known As: Gonzalez, Martin
Also Known As: Encinas-Gonzalez, Martin
Also Known As: Encinas, Martin
Also Known As: Adame-Villalobos, Diego Iram
Also Known As: Adame-Villalobas, Diego Iram
Also Known As: Adame, Diego Iram
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding          ☐ Information   ☐ Superseding Information   ☐ Complaint
                       Indictment
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation   ☐ Order of the
                                                                              Notice        Court

This offense is briefly described as follows: received new state charges of Possession of a Controlled Substance (Cocaine) and Introducing Contraband.

Date: September 28, 2021

_____
Issuing Officer's signature

City and state: Las Cruces, New Mexico

MITCHELL R. ELFERS, CLERK OF COURT
Printed name and title

| Return |
|---|
| This warrant was received on ( date ) 9/28/2021 , and the person was arrested on ( date ) 9/22/2022 at ( city and state ) Denver, CO . |

Date: 01/18/2023

_____
Arresting officer's signature

Steven Archuleta :DUSM   For
Printed name and title       Diosa
                              LA Marca

TOS to DCO