CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. Diego Adame-Villalobos                                    DKT. NO. 1:22CR00293-1

## SUPERSEDING PETITION DUE TO VIOLATIONS SUPERVISION

COMES NOW, Daniel Bath, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Diego Adame-Villalobos, who was placed on supervision by the Honorable Scott W. Skavdahl, sitting in the United States District Court in Las Cruces, New Mexico, on June 19, 2018.  The defendant was sentenced to 10 months' imprisonment and 3 years' supervised release for an offense of Reentry of a Removed Alien, in violation of 8 U.S.C. § 1326(a) and (b).  Supervision commenced on December 21, 2018, and is set to expire on December 20, 2021.  On September 28, 2021, a warrant was issued due to violations of the conditions of supervision. On September 21, 2022, jurisdiction of the defendant's case was transferred from the District of New Mexico to the District of Colorado and assigned to the Honorable William J. Martinez. As noted in the judgment [Document 1-1], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT DUE TO CAUSE AS FOLLOWS:**

**VIOLATIONS ALLEGED:**

1. **VIOLATION OF LAW**

On or about February 28, 2020, the defendant committed Contraband-Introduction 1-Introduce, a Class 4 Felony, in violation of C.R.S. § 18-8-203(1)(a) and Controlled Substance Possession Schedule 1/2/fl/kt/ct, a class 4 Drug Felony, in violation of C.R.S § 18-18-403.5(1),(2)(a). These felonies constitute a Grade B violation of supervised release.

On February 28, 2020, the defendant was arrested by the Castle Rock Police Department and charged with Possession of a Controlled Substance (Cocaine) (misdemeanor) and Introducing Contraband (4th degree felony). According to the Statement of Probable Cause, Castle Rock Police Department conducted a traffic stop and positively identified the defendant as the driver of the vehicle. During the traffic stop it was revealed the defendant was operating a motor vehicle without valid registration and insurance. It was also revealed the defendant's driver's status was revoked. The defendant was subsequently arrested and transported to the Douglas County Detention Center in Castle Rock, Colorado. While being booked into the Douglas County Detention Center, a Ziplock bag containing a white powdery substance was located

Case 1:22-cr-00293-WJM   Document 3   Filed 01/31/23   USDC Colorado   Page 2 of 4

Diego Adame-Villalobos  
1:22CR00293-1

Superseding Petition Due to Violations of Supervision  
Page 2

January 31, 2023

inside one of the defendant's socks. The defendant admitted the substance was cocaine. On March 6, 2020, the defendant posted bond. He then failed to attend his following court date. This case is currently pending in the Douglas Combined Courts in Castle Rock, Colorado, case number, 2020CR270. The defendant's preliminary hearing is set for February 23, 2023.

2. **VIOLATION OF LAW**

On or about March 3, 2020, the defendant committed Illegal Re-entry After Deportation, in violation of 8 U.S.C. § 1326(a), (b)(1). This is a Class C felony, which constitutes a Grade B violation of supervised release.

On March 3, 2020, the defendant was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about December 21, 2018, and without the express consent of the proper legal authority to reapply for admission to the United States. On August 12, 2021, he was charged with a violation of Illegal Re-Entry after Deportation, in violation of 8 U.S.C. § 1326(a), (b)(1), United States District Court, District of Colorado, case number, 1:21CR273-WJM-1. The defendant was arrested on this warrant on July 18, 2022. The defendant is set for jury trial on March 6, 2023.

3. **VIOLATION OF LAW**

On or about March 21, 2022, the defendant committed Controlled Substance Possession with Intent to Distribute a Schedule 1/2, 225 grams or more, a Class 1 Drug Felony, in violation of C.R.S. § 18-18-405(1),(2)(a)(I)(A). This constitutes a Grade A violation of supervised release.

On March 21, 2022, the defendant was arrested by the Colorado Springs Police Department and charged Controlled Substance Distribution Schedule 1/2, 225 grams or more and Controlled Substance Special Offender Deadly Weapon. On July 15, 2022, the defendant pleaded guilty to Controlled Substance Possession with Intent to Distribute a Schedule 1/2, 225 grams or more, a Class 1 Drug Felony, El Paso County District Court, case number, 2022CR1605 and was sentenced to 8 years' Department of Corrections followed by 3 years of mandatory parole.

4. **FAILURE TO COMPLY WITH THE SPECIAL CONDITION NOT TO RE-ENTER THE UNITED STATES ILLEGALLY**

On or about March 3, 2020, the defendant re-entered the United States, after having been deported on or about December 21, 2018, without having legal authority to return, which constitutes a Grade C violation of supervised release.

On December 21, 2018, the defendant was released from the custody of the Bureau of Prisons and commenced his three-year term of supervised release. He was subsequently deported to Mexico.

Case 1:22-cr-00293-WJM   Document 3   Filed 01/31/23   USDC Colorado   Page 3 of 4

Diego Adame-Villalobos  
1:22CR00293-1

Superseding Petition Due to Violations of Supervision  
Page 3

January 31, 2023

On February 28, 2020, the defendant was arrested by the Castle Rock Police and charged in Douglas Combined Courts in Castle Rock, Colorado, case number, 2020CR270. The defendant posted bond in this case on March 6, 2020, and failed to appear to his next scheduled court date. This case is still pending.

On March 3, 2020, he was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about December 21, 2018, and without the express consent of the proper legal authority to reapply for admission to the United States. On August 12, 2021 he was charged with a violation of Illegal Re-Entry after Deportation, in violation of 8 U.S.C. § 1326(a), (b)(1), United States District Court, District of Colorado, case number, 1:21CR273-WJM-1. The defendant was arrested on this warrant on July 18, 2022 and remains in custody. The defendant is set for jury trial on March 6, 2023.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's current conviction and the alleged violations, the probation officer requests a warrant for the defendant's arrest due to the potential danger presented by the defendant.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

That this superseding petition replace the previously submitted petition [Document 1-2] submitted by the District of New Mexico and that the Court consider revocation of supervision at the violation hearing based on the superseding petition.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*/s/Daniel Bath*  
  Daniel Bath  
  United States Probation Officer  
  Place:   Denver  
  Date:    January 31, 2023

*/s/Walter Vanni*  
  Walter Vanni  
  Supervisory United States Probation Officer  
  Place:   Denver  
  Date:    January 31, 2023

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class C felony, thus the maximum sentence allowed upon revocation is 2 years' imprisonment, pursuant to 18 U.S.C. § 3583(e). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade A violation. The defendant's criminal history is a Category III, thus the advisory guideline range for revocation is 18 to 24 months.

**STATEMENT IN SUPPORT OF DETENTION AT INITIAL APPEARANCE:**

Based on the defendant's performance while on supervision, the probation officer recommends the defendant be detained pending revocation proceedings. Pursuant to 18 U.S.C. § 3143(a), the defendant is viewed as presenting a risk of flight and danger to the community.

The defendant is viewed as presenting a risk of flight based on his ties to Mexico. Additionally, the defendant has been removed from the Unites States on September 9, 2013, November 10, 2013, March 7, 2016, and December 21, 2018. The defendant's risk is evident from his arrest and conviction for Controlled Substance Possession with Intent to Distribute a Schedule 1/2, 225 grams or more, a Class 1 Drug Felony, El Paso County District Court, case number, 2022CR1605 and was sentenced to 8 years' Department of Corrections followed by 3 years of mandatory parole. Pursuant to F.R.Crim.P.Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.