# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-CR-0293-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  Diego Adame-Villalobos,

    Defendant.

---

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 3rd day of April, 2023.

                Respectfully submitted,

                COLE FINEGAN
                United States Attorney

By:  *s/ Albert Buchman*
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado  80202
       Telephone:   (303) 454-0100
       E-mail:  al.buchman@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of April, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

    *s/ Lauren Timm*
    Lauren Timm
    *United States Attorney's Office*
    Legal Assistant